IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ON POINT COURIER
AND LEGAL SERVICES, LLC,

      Plaintiff,

v.               No.  2:20-cv-811 MV/KRS

U-HAUL INTERNATIONAL INC., et al.,

      Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** comes before the Court *sua sponte* upon review of the record.  On June 23, 2020, Plaintiff On Point Courier and Legal Services, LLC filed a *pro se* civil complaint in the New Mexico Twelfth Judicial District Court.  (Doc. 1-1).  Defendants removed the case to this Court and the presiding judge referred the case to the undersigned to recommend an ultimate disposition.  (Doc. 14).  The Complaint was signed by Ernest William Lugo and the Notice of Removal states Mr. Lugo is the attorney for Plaintiff.  *See* (Doc. 1-1 at 5) and (Doc. 1-5).  However, the Courts records do not show that Mr. Lugo is an attorney licensed to practice in this Court.  Under this Court's local rules and case law precedent, a business entity may not appear in federal court unless represented by legal counsel.  *See* D.N.M. LR-Civ. 83.7 ("A corporation, partnership or business entity other than a natural person" must be represented by an attorney."); *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council,* 506 U.S. 194, 202 (1993) ("It has been the law for the better part of two centuries … that a corporation may appear in the federal courts only through licensed counsel.").  Plaintiff must obtain counsel in order to proceed in this lawsuit.

**IT IS THEREFORE ORDERED** that Plaintiff must obtain counsel and counsel must file an entry of appearance in this case no later than **February 24, 2021**. Failure to do so may result in dismissal of this action without prejudice and without further notice.

**IT IS SO ORDERED.**

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE