IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ON POINT COURIER
AND LEGAL SERVICES, LLC,

          Plaintiff,

v.                                              No.  2:20-cv-811 MV/KRS

U-HAUL INTERNATIONAL INC., et al.,

          Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE

**THIS MATTER** comes before the Court on its Order to Show Cause, filed January 22, 2021, (Doc. 16).  The Court ordered Plaintiff to obtain counsel to proceed in this case pursuant to Local Rule 83.7, which allows a business entity to appear in federal court only when represented by legal counsel.  On February 12, 2021, counsel entered an appearance on behalf of Plaintiff. (Docs. 18, 20).

**IT IS THEREFORE ORDERED** that the Court's Order to Show Cause, (Doc. 16), is hereby QUASHED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE