IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ON POINT COURIER AND
LEGAL SERVICES, LLC,
and CARLOS HICKS,

    Plaintiffs,

v.                                                        No.  2:20-cv-811 MIS/KRS

U-HAUL INTERNATIONAL INC.,

    Defendant.

## ORDER REGARDING MARCH 8, 2023 STATUS CONFERENCE

**THIS MATTER** comes before the Court on Plaintiff's Motion to Remove Attorney, (Doc. 51), filed February 13, 2023, and upon review of the record. In his Motion, Plaintiff Carlos Hicks asks the Court to remove attorney Jason Montclare from representing Plaintiffs in this case. Mr. Montclare has not filed a response to the Motion. The Court has set a status conference in this case for March 8, 2023 at 2:30 p.m. (Doc. 52). Due to Mr. Hicks' Motion, the Court will require Mr. Hicks to attend the status conference to discuss his Motion to Remove Attorney and the requirement that On Point Courier and Legal Services, LLC must be represented by an attorney to proceed in this case. *See* D.N.M. LR-Civ. 83.7 ("A corporation, partnership or business entity other than a natural person" must be represented by an attorney.").

IT IS THEREFORE ORDERED that Plaintiff is required to telephonically attend the status conference on March 8, 2023 at 2:30 p.m. All counsel and Plaintiff shall call (888) 398-2342 and enter code 8193818 to join the proceedings.

IT IS FURTHER ORDERED that Plaintiff's counsel shall deliver a copy of this Order to Mr. Hicks at the e-mail address Mr. Hicks provided in Document 50.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE