UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

On Point Courier and Legal Services,
LLC, and Carlos Hicks,

    Plaintiffs,

v.                                                          No. 2:20-cv-00811-MIS-DLM

U-Haul International, Inc.,

    Defendant.

## ORDER DISMISSING WITH PREJUDICE CLAIMS ASSERTED BY PLAINTIFF CARLOS HICKS

This matter having come before the Court on the Unopposed Motion to Dismiss Claims Asserted by Plaintiff Carlos Hicks, the Court being fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the claims asserted by Plaintiff Carlos Hicks in the Amended Complaint, as well as any other claims Plaintiff Carlos Hicks may have against Defendant, are dismissed with prejudice.  Each party shall bear their own costs.

*[signature: Margaret Strickland]*

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE

APPROVED:

 *Approved via e-mail – June 11, 2023*
Carlos Hicks, *pro se*
*Plaintiff*

4107710.1

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: _/s/ Paul R. Koller_____
    Paul R. Koller
Post Office Box 1888
Albuquerque, New Mexico  87103
Telephone:  (505) 765-5900
pkoller@rodey.com

*Attorneys for Defendant U-Haul International, Inc.*