IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ON POINT COURIER AND LEGAL
SERVICES, and CARLOS HICKS,

    Plaintiffs,

v.                                         No. 2:20-cv-0811 MIS/DLM

U-HAUL INTERNATIONAL, INC.,

    Defendant.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith (*see* Doc. 75), the Court issues its separate judgment finally disposing of this civil case.

**IT IS THEREFORE ORDERED** that all claims in this case are **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE